IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

alkus AKTIENGESELLSCHAFT,

    Plaintiff,

vs.

    Case No. C2-09-cv-814
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Norah McCann King

LAMINATORS, INC.,

    Defendant.

## ORDER

The parties have indicated to the Court that they have reached a compromise in this matter. Accordingly, the Markman Hearing, currently scheduled for March 1, 2010 is hereby **VACATED**. The parties will submit an appropriate dismissal entry within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

1-25-2010
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE